James G. Snell, SBN 173070
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350
Email: JSnell@perkinscoie.com

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

[*additional counsel listed in signature block*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LANA NIEVES, STACY PENNING, SUNGGIL HONG, LAURA BONETTI, and JONATHAN FINESTONE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-10557-CRB<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** : ORDER |

Plaintiffs Lana Nieves, Stacy Penning, Sunggil Hong, Laura Bonetti, and Jonathan Finestone ("Plaintiffs") and Defendant Microsoft Corporation (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

1.    On September 25, 2025, Plaintiffs filed the Class Action Complaint in this action in the Superior Court of the State of California, County of San Francisco. *See* Dkt. 1-1 (the "Complaint").

2.    On December 9, 2025, Microsoft filed a notice of removal. *See* Dkt. 1.

3.    On December 11, 2025, the Parties filed a stipulation extending Microsoft's time to respond to the Complaint to February 13, 2026. *See* Dkt. 4.

4.    On December 19, 2025, the Court set an Initial Case Management Conference for March 20, 2026, with a deadline to file the Joint Case Management Statement on March 13, 2026. *See* Dkt. 11.

5.    On February 10, 2026, the Parties filed a stipulation extending Microsoft's time to respond to the Complaint to March 16, 2026. *See* Dkt. 12.

6.    The Parties agree that, in the interest of efficiency and to conserve the resources of the Parties and the Court, the Initial Case Management Conference and related deadlines should be taken off calendar, to be reset after the Court resolves any motion to dismiss filed by Microsoft.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that the Initial Case Management Conference and related deadlines should be taken off calendar, to be reset after the Court resolves any motion to dismiss filed by Microsoft.

**IT IS SO STIPULATED.**

Dated: February 26, 2026                    By:    */s/ James G. Snell*

James G. Snell
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com

Nicola Menaldo (pro hac vice forthcoming)
Jordan C. Harris (pro hac vice forthcoming)
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000
Email: NMenaldo@perkinscoie.com
Email: JordanHarris@perkinscoie.com

Justin Potesta, SBN 314133
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Tel: (737) 256.6137
Email: JPotesta@perkinscoie.com

*Attorneys for Defendant*
*Microsoft Corporation*

Dated: February 26, 2026                    By:    */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
BURSOR & FISHER, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

3          **CASE NO. 3:25-CV-10557-CRB**
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ James G. Snell
James G. Snell

CASE NO. 3:25-CV-10557-CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

James G. Snell, SBN 173070
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350
Email: JSnell@perkinscoie.com

*Attorneys for Defendants*
*MICROSOFT CORPORATION*

[*additional counsel listed in signature block*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| LANA NIEVES, STACY PENNING, SUNGGIL HONG, LAURA BONETTI, and JONATHAN FINESTONE, individually and on behalf of all other persons similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | Case No. 3:25-cv-10557-CRB<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that for good cause shown, the Parties' Stipulation to Continue the Case Management Conference is hereby GRANTED. The Court will reset the Initial Case Management Conference and related deadlines, including the deadlines to file ADR Certifications and the Joint Case Management Statement, after the Court resolves any motion to dismiss filed by Microsoft.

**IT IS SO ORDERED.**

Dated: __March 9,     2026__

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE