James G. Snell, SBN 173070
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350
Email: JSnell@perkinscoie.com

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

[*additional counsel listed in signature block*]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LANA NIEVES, STACY PENNING, SUNGGIL HONG, LAURA BONETTI, and JONATHAN FINESTONE, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:25-cv-10557-CRB <br><br> **STIPULATION TO INCREASE PAGE LIMITS AND SET SCHEDULE ON BRIEFING DEFENDANT'S MOTION TO DISMISS** : ORDER <br><br> Judge: Hon. Charles R. Breyer |

**STIPULATION**

Pursuant to Civil Local Rule 7-12 and Section I(C) of this Court's General Standing Order, Plaintiffs Lana Nieves, Stacy Penning, Sunggil Hong, Laura Bonetti, and Jonathan Finestone ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft") (collectively, "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

1.    WHEREAS Plaintiffs filed the Class Action Complaint in this action in the Superior Court of the State of California, County of San Francisco on September 25, 2025. *See* Dkt. 1-1 (the "Complaint").

2.    WHEREAS Microsoft timely filed a notice of removal on December 9, 2025. *See* Dkt. 1.

3.    WHEREAS Microsoft intends to file a motion to dismiss the Complaint ("Motion"), which is due March 16, 2026. Dkt. 12.

4.    WHEREAS the Complaint is 85 pages long and asserts five causes of action for (1) intrusion upon seclusion, (2) violation of section 631(a) of the California Invasion of Privacy Act ("CIPA"), (3) violation of section 638.51 of CIPA, (4) unjust enrichment, and (5) violation of the federal Wiretap Act.

5.    WHEREAS Section I(C) of this Court's General Standing Order sets a 15-page limit for any memorandum of points and authorities in support or opposition to any motion other than motions for summary judgment.

6.    WHEREAS given the volume and the complexity of the legal claims and the factual matters at issue in the Complaint, the Parties agree that an additional 10 pages for the Motion and 10 pages for Plaintiffs' opposition to the Motion are necessary for the parties to adequately brief the Motion. The Parties agree that the page limit for Microsoft's reply in support of the Motion should remain 15 pages. *See* General Standing Order I(C); N.D. Cal. Civil L.R. 7-4(b).

7.    WHEREAS given the complexity of the legal claims and the factual matters at issue in the Complaint, the Parties have conferred and agreed to the following briefing schedule

on the Motion, requiring Plaintiffs' opposition to be filed by April 13, 2026, and Microsoft's reply to be filed by May 4, 2026

8. NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that (1) the page limit for the memorandum of points and authorities in support of Microsoft's Motion is 25 pages, (2) the page limit for the memorandum of points and authorities in support of Plaintiffs' opposition to the Motion is 25 pages, (3) the page limit for Microsoft's reply memorandum in support of the Motion is 15 pages, (4) Plaintiffs' deadline to file an opposition to the Motion shall be April 13, 2026, and (5) Microsoft's deadline to file a reply in support of the Motion shall be May 4, 2026.

**IT IS SO STIPULATED.**

Dated: March 10, 2026    By:    */s/James G. Snell*

James G. Snell
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
Email: JSnell@perkinscoie.com

Nicola Menaldo (pro hac vice forthcoming)
Jordan C. Harris (pro hac vice forthcoming)
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000
Email: NMenaldo@perkinscoie.com
Email: JordanHarris@perkinscoie.com

Justin Potesta, SBN 314133
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, TX 78701
Tel: (737) 256.6137
Email: JPotesta@perkinscoie.com

**STIPULATION REGARDING MOTION TO DISMISS**

*Attorneys for Defendant*
*Microsoft Corporation*

Dated: March 10, 2026

By:    */s/ Philip L. Fraietta*_____

Philip L. Fraietta (State Bar No. 354768)
BURSOR & FISHER, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiffs*

## <u>ATTESTATION</u>

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ James G. Snell*_____
James G. Snell

James G. Snell, SBN 173070
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350
Email: JSnell@perkinscoie.com

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LANA NIEVES, STACY PENNING, SUNGGIL HONG, LAURA BONETTI, and JONATHAN FINESTONE, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 3:25-cv-10557-CRB<br><br>**[PROPOSED] ORDER INCREASING PAGE LIMITS AND SETTING SCHEDULE ON BRIEFING DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer |

## STIPULATION

IT IS HEREBY ORDERED that for good cause shown the Parties' Stipulation to Increase Page Limits and Set Schedule on Briefing Defendant's Motion to Dismiss is GRANTED. The following page limits and schedule shall govern the Motion to Dismiss:

| Filing | Deadline | Page Limit |
|---|---|---|
| Microsoft's Motion to Dismiss | March 16, 2026 | 25 pages |
| Plaintiffs' Opposition to Motion to Dismiss | April 13, 2026 | 25 pages |
| Microsoft's Reply | May 4, 2026 | 15 pages |

IT IS SO ORDERED.

Dated: March 11, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**CASE NO. 3:25-CV-10557-CRB**
[PROPOSED] ORDER