James G. Snell, SBN 173070
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile:  650.838.4350
Email: JSnell@perkinscoie.com

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LANA NIEVES, STACY PENNING, SUNGGIL HONG, LAURA BONETTI, and JONATHAN FINESTONE, individually and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 3:25-cv-10557-CRB<br><br>[~~PROPOSED~~] **ORDER INCREASING PAGE LIMITS AND SET SETTING SCHEDULE ON BRIEFING DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer |

**STIPULATION**

IT IS HEREBY ORDERED that for good cause shown the Parties' Stipulation to Increase Page Limits and Set Schedule on Briefing Defendant's Motion to Dismiss is GRANTED. The following page limits and schedule shall govern the Motion to Dismiss:

| Filing | Deadline | Page Limit |
|---|---|---|
| Microsoft's Motion to Dismiss | June 19, 2026 | 25 pages |
| Plaintiffs' Opposition to Motion to Dismiss | August 18, 2026 | 25 pages |
| Microsoft's Reply | September 17, 2026 | 15 pages |

IT IS SO ORDERED.

Dated: April 20, 2026

_____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**CASE NO. 3:25-CV-10557-CRB**

[~~PROPOSED~~] **ORDER**