UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANA NIEVES, et al                ,

Plaintiff(s),

v.

MICROSOFT CORP.                ,

Defendant(s).

Case No. 3:25-CV-10557

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Nicola C. Menaldo , an active member in good standing of the bar of Washington State , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is James G. Snell , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 173070 .

1301 2nd Ave, Ste 4200, Seattle, WA 98101

MY ADDRESS OF RECORD

206-359-8000

MY TELEPHONE # OF RECORD

NMenaldo@perkinscoie.com

MY EMAIL ADDRESS OF RECORD

3150 Porter Drive, Palo Alto, CA 94304

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650-838-4300

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

JSnell@perkinscoie.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 44459 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court three times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2026 _____

Nicola C. Menaldo
APPLICANT

================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Nicola C. Menaldo  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 22, 2026 _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                  2